IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JOHN R. MACLEAN, Individually on behalf of himself and all others similarly situated, | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | |
| ARENTZ LAW GROUP, ATTORNEYS AT LAW, P.L.L.C., ARENTZ LAW GROUP, P.C., and THE JOHNSTON LAW GROUP | § § § § § § | Civil Action No. 4:16-cv-797 – A |
| Defendants. | § § | |

### PLAINTIFF'S UNOPPOSED MOTION TO DISMISS THE JOHNSTON LAW GROUP WITH PREJUDICE

TO THE HONORABLE JUDGE OF THIS COURT:

Plaintiff, JOHN R. MACLEAN. (hereinafter referred to as "Plaintiff" or "MacLean") files its Unopposed Motion to Dismiss The Johnston Law Group with Prejudice and respectfully requests the Court grant the motion to dismiss The Johnston Law Group with prejudice.

Respectfully submitted,

Matthew W. Bobo
State Bar No. 24006860

Law Office of Matthew Bobo, PLLC
4916 Camp Bowie Blvd.
Fort Worth, Texas 76107
Telephone: (817) 529-0774
Facsimile: (817) 698-9401
mbobo@mwblawyer.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Plaintiff's Unopposed Motion to Dismiss The Johnston law Group With Prejudice* has been served on counsel via electronic service on this 2nd day of November, 2017.

JEFFREY M. TILLOTSON
State Bar No. 20039200
JONATHAN R. PATTON
State Bar No. 24088198
TILLOTSON LAW
750 N. St. Paul Street, Ste. 610
Dallas, Texas 75201
(214)-382-3041 (phone)
(214)-501-0731 (fax)

DAVID M. HYMER
State Bar No. 10380250
QUINTATAIROS, PRIETO, WOOD & BOYER, P.A.
1700 Pacific Ave., Suite 4545
Dallas, Texas 75201
(214)-754-8755 (phone)
(214)-754-8744 (fax)

**ATTORNEY FOR DEFENDANTS
ARENTZ LAW GROUP ATTORNEYS AT LAW PLLC,
ARENTZ LAW GROUP P.L.L.C. AND THE JOHNSTON LAW GROUP**

_____
Matthew W. Bobo