IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

NOV – 3 2017

CLERK, U.S. DISTRICT COURT
By_____
Deputy

| | | |
|---|---|---|
| JOHN R. MACLEAN, INDIVIDUALLY ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED, | § § § § | |
| Plaintiffs, | § § | |
| VS. | § § | NO. 4:16-CV-797-A |
| ARENTZ LAW GROUP, ATTORNEYS AT LAW, P.L.L.C., ET AL., | § § § | |
| Defendants. | § | |

## ORDER

Came on for consideration the unopposed motion of plaintiff, John R. MacLean, to dismiss with prejudice his claims against defendant the Johnston Law Group ("Johnston"). The court finds that the motion should be granted.

The court ORDERS that plaintiff's motion be, and is hereby, granted and that plaintiff's claims against Johnston be, and are hereby, dismissed with prejudice.

The court determines that there is no just reason for delay in, and hereby directs, entry of final judgment as to the dismissal of said claims.

SIGNED November 3, 2017.

_____
JOHN McBRYDE
United States District Judge